IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAFE SKIES CLEAN WATER
WISCONSIN, INC.,

        Plaintiff,

   v.

NATIONAL GUARD BUREAU, *et al.*,

        Defendants.

Case No. 3:20-cv-1086-wmc

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants National Guard Bureau and General Daniel R. Hokanson, in his official capacity (collectively, "Defendants") hereby file their opposition to Plaintiff Safe Skies Clean Water Wisconsin, Inc.'s Motion for Summary Judgment, ECF No. 12. In addition, Defendants cross-move for summary judgment under Federal Rule of Civil Procedure 56. *See also* ECF No. 9. As set forth in the accompany memorandum in support, proposed findings of fact, and response to Plaintiff's proposed findings of facts, the Court should grant summary judgment to Defendants as to all of Plaintiff's claims.

        Respectfully submitted this 30th day of July, 2021,

        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Gregory M. Cumming*

        Gregory M. Cumming (D.C. Bar No. 1018173)
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section

150 M St., N.E.
Washington, D.C. 20002
(202) 598-0414 (phone)
gregory.cumming@usdoj.gov

*Counsel for Defendants*